ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP -9 AM 11: 16
CLERK_____
_____ST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: MORITZ D. HOLLOWAY, | * | Bankruptcy No. 09-30048 |
| Debtor. | * | Chapter 7 proceedings |
| JAY TAPLEY, | * | |
| Appellant, | * | |
| vs. | * | CIVIL ACTION NO. |
| | * | CV 315-076 |
| TODD BOUDREAUX, et al., | * | |
| Appellees. | * | |

# ORDER

A notice of appeal from the United States Bankruptcy Court was filed in this Court on September 4, 2015. The Clerk of Court notified Appellant that his brief is due on September 18, 2015. **IT IS HEREBY ORDERED** that this briefing deadline is **VACATED**. A new schedule will be issued when appropriate. See Fed. R. Bankr. P. 8018(a)(1).

**ORDER ENTERED** at Augusta, Georgia, this ___ day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE