ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAR 31 AM 9:57
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| IN RE: MORITZ D. HOLLOWAY, | * | Bankruptcy No. 09-30446 |
| Debtor. | * | Chapter 7 proceedings |
| D. DUSTON TAPLEY, JR., | * | |
| Appellant, | * | |
| vs. | * | CIVIL ACTION NO. |
| TODD BOUDREAUX, et al., | * | CV 315-075 |
| Appellees. | * | |

| | | |
|---|---|---|
| IN RE: MORITZ D. HOLLOWAY, | * | Bankruptcy No. 09-30446 |
| Debtor. | * | Chapter 7 proceedings |
| JAY TAPLEY, | * | |
| Appellant, | * | |
| vs. | * | CIVIL ACTION NO. |
| TODD BOUDREAUX, et al., | * | CV 315-076 |
| Appellees. | * | |

## O R D E R

Appellants Jay Tapley and D. Duston Tapley both filed a notice of appeal from the United States Bankruptcy Court on September 4, 2015; thus, two civil case files were opened as

captioned above. Both appellants appeal the Bankruptcy Court's dispositive Orders of March 31, 2015 and August 21, 2015, entered in a single adversary proceeding. In this Court, the parties have filed their substantive briefs only in Civil Action No. 3:15-075.

Upon consideration, the captioned civil cases should be **CONSOLIDATED**. The Clerk of Court is directed to **CLOSE** Civil Action No. 3:15-076 through its consolidation with Civil Action No. 3:15-075. In doing so, the Clerk should add Jay Tapley as an Appellant therein. This cases will proceed as Civil Action No. 3:15-075 and will be appropriately captioned from henceforth.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE